# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MANUEL LOPEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | Case No. 1:20-cv-01208-SAB<br><br>ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d)<br><br>(ECF No. 17) |

On June 24, 2021, a stipulation was filed to award Plaintiff attorney fees and expenses in the amount of six hundred two dollars and 56/100 ($602.56) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d).

Accordingly, pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that Plaintiff is awarded fees and expenses in the amount of six hundred two dollars and 56/100 ($602.56) as authorized by 28 U.S.C. § 2412 subject to the terms of the stipulation.

IT IS SO ORDERED.

Dated: **June 25, 2021**

UNITED STATES MAGISTRATE JUDGE

1